An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

                 Appellant,

       vs.

BANK OF AMERICA, N.A., A
NATIONAL ASSOCIATION,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP F/K/A
COUNTRYWIDE HOME LOANS
SERVICING, LP,

                 Respondent.

No. 65558

FILED

DEC 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties to this appeal have filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The parties' motion is accompanied by an order of the district court certifying that upon remand it will enter an order "vacat[ing] its April 1, 2014 Order[,] enter an order denying the motion to dismiss and, thereby, allow litigation to continue consistent with the holdings in the recent *SFR* opinion."

Cause appearing, we grant the parties' motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

14-42453

district court decline to grant the relief requested.[1]  Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:  Hon. Jerry A. Wiese, District Judge
     Howard Kim & Associates
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

_____

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings.  *See* NRAP 3A.